# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

| | |
|---|---|
| WILLIAM LAX, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )     CASE NO. 3:13-cv-249- SAA |
| | ) |
| ILLINOIS CENTRAL RAILROAD COMPANY, | ) |
| | ) |
|     Defendant. | ) |

## JOINT NOTICE OF PENDING SETTLEMENT

The parties participated in informal settlement discussions. These discussions were successful. This lawsuit will be resolved in all respects. The parties will submit an Order of Dismissal with Prejudice to the Court.

Date: November 30, 2015        Respectfully submitted,

**BOYLE BRASHER LLC**

**/s/ S. Camille Reifers**
**S. Camille Reifers, (MSBPR# 99657)**
80 Monroe Avenue, Suite 410
Memphis, TN 38103
(901) 521-2860
Fax: (901) 521-2861

ATTORNEYS FOR ILLINOIS CENTRAL
RAILROAD COMPANY

1

**CERTIFICATE OF SERVICE**

I herby certify that a copy of the foregoing document was served upon all counsel of record, including the individuals identified below, via electronic email, on this 30th day of November, 2015:

C.E. Sorey, II, Esq.
774 Avery Blvd. North
Ridgeland, Mississippi 39649
eddysorey@gmail.com

James Ferguson
201 W. Broadway, Ste G-12
North Little Rock, Arkansas 72114
jferguson.raillaw@gmail.com

                                              **/s/ S. Camille Reifers**
                                                  S. Camille Reifers